UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

BLANCHE M. DELLAPIETRO,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS INC.,

    Defendant.
_____/

# COMPLAINT
# JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.* ("FCCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, BLANCHE M. DELLAPIETRO, is a natural person, and citizen of the State of Florida, residing in Palm Beach County, Florida.

4.    Defendant, NCO FINANCIAL SYSTEMS, INC., is a corporation and citizen of the State of Pennsylvania with its principal place of business at 507 Prudential Road, Horsham, Pennsylvania, 19044.

5.    Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6.    Defendant regularly collects or attempts to collect debts for other parties.

7.    Defendant is a "debt collector" as defined in the FDCPA.

8.    Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9.    Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10.   Defendant left the following messages on Plaintiff's voice mail on or about the dates stated:

April 17, 2009
Confidential and important message meant solely for Blanche Dellapietro this is Mr. Beedy calling, can you please contact my office back today at 888-899-6027. Again 888-899-6027 extension 4260. Thank you.

April 29, 2009
This confidential and important message meant solely for Blanche Dellapietro this is Kevin Beedy calling, can you please contact my office back today at 888-899-6027. Again 888-899-6027 extension 4260. Thank you.

<u>July 2, 2009 – Pre-Recorded Message</u>
Hello, this is an important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 866-506-2667. Once again, the number is 866-506-2667. When calling, please use reference ID 933738. Thank you, goodbye.

<u>July 20, 2009 – Pre-Recorded Message</u>
Hello, this is an important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 866-506-2667. Once again, the number is 866-506-2667. When calling, please use reference ID 933738. Thank you, goodbye.

<u>July 29, 2009 – Pre-Recorded Message</u>
Hello, this is an important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 866-506-2667. Once again, the number is 866-506-2667. When calling, please use reference ID 933738. Thank you, goodbye.

<u>August 5, 2009 – Pre-Recorded Message</u>
Hello, this is an important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 866-506-2667. Once again, the number is 866-506-2667. When calling, please use reference ID 933738. Thank you, goodbye.

<u>August 6, 2009 – Pre-Recorded Message</u>
Hello, this is an important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 866-506-2667. Once again, the number is 866-506-2667. When calling, please use reference ID 933738. Thank you, goodbye.

August 8, 2009 – Pre-Recorded Message
Hello, this is an important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 866-506-2667. Once again, the number is 866-506-2667. When calling, please use reference ID 933738. Thank you, goodbye.

August 9, 2009 – Pre-Recorded Message
Hello, this is an important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 866-506-2667. Once again, the number is 866-506-2667. When calling, please use reference ID 933738. Thank you, goodbye.

February 11, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems Incorporated. The law requires that we notify you this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Miss Herd back today at 1-866-376-1968. Once again, the number is 1-866-376-1968. Thank you.

February 13, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems Incorporated. The law requires that we notify you this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Miss Herd back today at 1-866-376-1968. Once again, the number is 1-866-376-1968. Thank you.

February 16, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Mr. Rice back today at 1-866-376-1968. Once again, the number is 1-866-376-1968. Thank you.

February 18, 2010 – Pre-Recorded Message

This is an important message from NCO Financial Systems Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Mr. Rice back today at 1-866-376-1968. Once again, the number is 1-866-376-1968. Thank you.

February 19, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems Incorporated. Law requires that we notify you this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Miss Herd back today at 1-866-376-1968. Once again, the number is 1-866-376-1968. Thank you.

March 15, 2010 – Pre-Recorded Message
…This person, press 1. If this person is not available, and you can take a message for them, press 2. If this is the wrong number to reach this person, press 3. To place this call on hold to go get this person, press 1. If this person is not available, and you can take a message for them, press 2. If this is the wrong number to reach this person, press 3. I did not hear your response. Goodbye.

March 16, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems Incorporated. The law requires that we notify you this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Mr. Rice back today at 1-866-376-1968. Once again, the number is 1-866-376-1 –

April 12, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems Incorporated. The law requires that we notify you this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call David Meyers back today at toll-free 1-866-376-1968. When calling us back, the reference ID is 9K2VR2.

11.     Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

14. Plaintiff incorporates Paragraphs 1 through 13.

15. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys*., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

16. Plaintiff incorporates Paragraphs 1 through 13.

17. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See <u>Valencia v The Affiliated Group, Inc</u>., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); <u>Wright v. Credit Bureau of Georgia, Inc.</u>, 548 F. Supp. 591, 593 (D. Ga. 1982); and <u>Hosseinzadeh v. M.R.S. Assocs.,</u> 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

18. Plaintiff incorporates Paragraphs 1 through 13.

19. Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See <u>Sanchez v. Client Servs</u>., 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT IV
## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

20.    Plaintiff incorporates Paragraphs 1 through 13.

21.    Defendant asserted the right to collect a debt by leaving repeated telephone messages for Plaintiff without disclosing its name and that it is a debt collector and the purpose of its communications when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    declaring that Defendant's practices violate the FCCPA;

    d.    permanently injoining Defendant from engaging in the complained of practices; and

  e. Such other or further relief as the Court deems proper.

## COUNT V
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

22. Plaintiff incorporates Paragraphs 1 through 13.

23. By failing to disclose its name, that it is a debt collector and the purpose of its communication, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

  a. Damages;

  b. Attorney's fees, litigation expenses and costs of suit;

  c. declaring that Defendant's practices violate the FCCPA;

  d. permanently injoining Defendant from engaging in the complained of practices; and

  e. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

            DONALD A. YARBROUGH, ESQ.
            Attorney for Plaintiff
            Post Office Box 11842
            Ft. Lauderdale, FL 33339

       Telephone: 954-537-2000
       Facsimile: 954-566-2235
       donyarbrough@mindspring.com


    By: <u>s/ Donald A. Yarbrough</u>
      Donald A. Yarbrough, Esq.
      Florida Bar No. 0158658