UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-80505-Civ-Marra/Johnson

BLANCHE M. DELLAPIETRO,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties Stipulation for Joint Dismissal with Prejudice (DE 10 ), The Court has been advised that all claims and causes of action between or among the parties have been amicably resolved, it is hereby,

ORDERED AND ADJUDGED that the above-captioned case is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees except as otherwise agreed by the parties. All pending motions are denied as moot. The Clerk shall CLOSE THIS CASE.

DONE AND ORDERED in the Southern District of Florida this 13th day of August, 2010.

KENNETH A. MARRA
United States District Judge

cc:    Donald A. Yarbrough, Esq., Counsel for Plaintiff
       Kenneth C. Grace, Esq., Counsel for Defendant